UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES LOUISIANA

| | | |
|---|---|---|
| MYSTIC MARKETING ASSOCIATES, LLC and WYNDELL FINANCIAL, LLC | § § § § § § § § § § § § | Civil Docket No. 2:20-CV-00550-JDC-KK |
| Plaintiffs | | |
| v. | | JUDGE JAMES D. CAIN, JR. |
| PALOMAR SPECIALTY INSURANCE COMPANY, | | |
| Defendant | | MAGISTRATE JUDGE KAY |

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Mystic Marketing Associates, LLC and Wyndell Financial LLC, and Defendant Palomar Specialty Insurance Company, the Parties to this action, hereby stipulate to the voluntary dismissal of this case with prejudice.

Each Party will bear their own costs and attorneys' fees in this matter.

SO STIPULATED this the 18th day of January, 2022.

Respectfully submitted,

/s/ *John A. Venezia*

JOHN A. VENEZIA (#23963)
johnvenezia@venezialaw.net
Venezia & Associates (APLC)
757 St. Charles Avenue
Suite 302
New Orleans, Louisiana 70130
(504) 486-3910 voice

(504) 486-3913 fax

**ATTORNEYS FOR PLAINTIFFS**

- and -

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: */s/ Marne A. Jones*
    Marne A. Jones (#32522)
    650 Poydras Street, Suite 2105
    New Orleans, Louisiana 70130
    Telephone: 504-526-4320
    Facsimile: 504-526-4310
    MAJones@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT PALOMAR SPECIALTY INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

    I certify that on January 18, 2022, a true and correct copy of the foregoing document was electronically filed and that service on known Filing Users will be accomplished through the NEF to all CM/ECF registered parties on the case.

    */s/  Marne A. Jones*
    Marne A. Jones